In the Matter of the Estate of CORNELIUS V. S. ROOSEVELT,
Deceased.

*Inheritance tax — when the assessment should be postponed.*

When the value of the remainder and the number of the remaindermen cannot be
  ascertained until after the death of a life tenant, it is error to assess a collateral
  inheritance tax upon such remainder before that time.

APPEAL by the executors of the will of Cornelius V. S. Roose-
velt from an order of the New York County Surrogate's Court,
made on the 25th day of July, 1893, and entered in the office of the
clerk of the New York County Surrogate's Court, affirming the
order of said court, made on the 26th day of July, 1893, confirming
the amended report of appraisers and assessing a collateral inheri-
tance tax, with notice of an intention to bring up for review upon
such appeal an order of said Surrogate's Court, made on the 10th
day of June, 1892, denying the motion of the executors and of the
legatees and devisees to confirm the report of an appraiser filed in
said clerk's office on the 5th day of April, 1892.

*George II. Yeoman,* for the executors, appellants.

*Edward Hassett,* for the comptroller of the city of New York,
respondent.

PER CURIAM :

Ten nephews and nieces took vested remainders at the death of
the testator, subject to the life estate of the widow and to the pay-
ment of certain annuities after her death.   Until the widow dies it
cannot be ascertained how many persons will become entitled to
annuities, nor until that time will the amount or the age of the
annuities be known.   Therefore, there is no way in which the value
of the remainder can be ascertained until after the death of the
widow.   (*Matter of Curtis,* 73 Hun, 185.)

The order should be reversed, with costs and disbursements.

Present — VAN BRUNT, P. J., O'BRIEN and FOLLETT, JJ.

Order reversed, with costs and disbursements.